UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Bryan Woodlow,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 23-cv-02455 |
| **NCB Management Services, Inc.,** | ) ) ) |
| **Defendant.** | ) ) |

**ORDER**

Pursuant to Joint Stipulation [6], this matter is transferred, forthwith, to the United States District Court for the Eastern District of Pennsylvania.

ENTER:

DATE: May 15, 2023

_____
REBECCA R. PALLMEYER
United States District Judge